IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SMITH,

      Plaintiff,                      No. CIV S-09-1683 KJM P

  vs.

C.D.C., et al.,

      Defendants.              <u>ORDER</u>

_____/

        By an order filed July 13, 2009, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in dismissal of this action. The thirty day period has now expired, and plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: October 19, 2009.

                                            U.S. MAGISTRATE JUDGE

1
smit1683.fifp